RECEIVED

APR 2 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DAVID LANDOR<br>LA. DOC #122843<br>VS. | CIVIL ACTION NO. 6:14-cv-2728<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN BURL CAIN | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254 be deemed **SUCCESSIVE** and **DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27 day of April, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE